1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL DIKES,                          Case No. 1:23-cv-00370-CDB (PC)

12                   Plaintiff,
                                             ORDER GRANTING APPLICATION TO
13         v.                                PROCEED *IN FORMA PAUPERIS*

14   DIAS, *et al.*,                         (Doc. 2)

15                   Defendants.             ORDER DIRECTING PAYMENT OF
                                             INMATE FILING FEE BY CALIFORNIA
16                                           DEPARTMENT OF CORRECTIONS AND
                                             REHABILITATION
17

18

19         Plaintiff Michael Dikes is a state prisoner proceeding *pro se* in this civil rights action filed

20   under 42 U.S.C. § 1983.  Plaintiff has filed an application for leave to proceed *in forma pauperis*

21   pursuant to 28 U.S.C. § 1915 and has made the showing required by subsection 1915(a).

22   Accordingly, the request to proceed *in forma pauperis* (Doc. 11) is granted.

23         Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make

24   monthly payments in the amount of twenty percent (20%) of the preceding month's income

25   credited to Plaintiff's trust account.  28 U.S.C. § 1915(b)(1).  The California Department of

26   Corrections and Rehabilitation is required to send to the Clerk of Court payments from Plaintiff's

27   account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid

28   in full.  28 U.S.C. § 1915(b)(2).

Accordingly, it is hereby ORDERED:

1.      Plaintiff's application to proceed *in forma pauperis,* (Doc. 2), is GRANTED.

**2.      The Director of the California Department of Corrections and Rehabilitation or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court.  The payments shall clearly identify the name and number assigned to this action.**

3.      The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections and Rehabilitation via the Court's electronic case filing system (CM/ECF).

4.      The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **March 14, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2