UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GERALD DIKES,<br><br>    Plaintiff,<br><br>    v.<br><br>MS. DIAZ, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-0370 JLT CDB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 9) |

    Michael Gerald Dikes seeks to hold the defendants liable for violations of his civil rights at Valley State Prison. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. 8 at 4-9.) The Court provided the relevant legal standards and granted Plaintiff an opportunity to file an amended complaint. (*See id.*) The Court also informed Plaintiff that failure to file an amended complaint would result in a recommendation that the action be dismissed. (*Id.* at 10.)

    After Plaintiff failed to file an amended complaint or otherwise respond, the magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the Court's order. (Doc. 9 at 1.) The magistrate judge determined terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988). (*Id.* at 2-4.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 4.)

1

1	The Court served the Findings and Recommendations on Plaintiff and notified him that any
2	objections were due within 14 days.  (Doc. 8 at 4.)  The Court advised him that the "failure to file any
3	objections within the specified time may result in the waiver of certain rights on appeal."  (*Id*. at 5,
4	citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections,
5	and the time to do so has passed.

6	According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.
7	Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are
8	supported by the record and proper analysis.  Thus, the Court **ORDERS**:

9	    1.   The Findings and Recommendations dated December 4, 2024 (Doc. 5) are **ADOPTED**
10	         in full.
11	    2.   The action is **DISMISSED** without prejudice.
12	    3.   The Clerk of Court is directed to close this case.

14	IT IS SO ORDERED.

15	    Dated:   **January 2, 2025**                                     _____
16	                                                                     UNITED STATES DISTRICT JUDGE

2